### (May 15, 1937.)

In the Matter of the Application of LOUIS BIFANO, Petitioner, for a Peremptory Mandamus Order, and to Compel Commissioner EDWARD P. MULROONEY and the Duly Constituted Authorities as Comprise the Prison Board of Clinton Prison and Others, to Show Cause Why They Should Not Comply with the Laws of the State of New York in the Matter of Withholding Earned Compensation, Respond-ents. Application by LOUIS BIFANO, of Dannemora, N. Y., Box B, 23562, for Peremptory Mandamus Order to Compel EDWARD P. MULROONEY to Take Certain Action.— This court has not jurisdiction of the matter presented, upon the facts stated in the petition. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of ALEXANDER T. SELKIRK, an Attorney.— Application of Alexander T. Selkirk to be reinstated as an attorney and counselor at law granted. [See 248 App. Div. 921.] Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.